UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


WILLIE DICKERSON, JR.,

      Plaintiff,

v.                                   Case No.  3:18cv1394-LC-CJK

JULIE L. JONES,

      Defendant.

_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated December 6, 2018 (doc. 17).  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  A *de novo* determination of the objections has been made.

After reviewing the Report and Recommendation and the timely objections thereto (doc 20), the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.  The Magistrate Judge's Report and Recommendation (doc. 17) is adopted

and incorporated by reference in this order.

     2.  This action is DISMISSED under 28 U.S.C. § 1915A and 1915(e)(2)(B)(ii),

for failure to state a claim on which relief can be granted.

     3.  The clerk shall close the file.

     **DONE AND ORDERED** this 2nd day of January, 2019.


       s/*L.A. Collier*
       **LACEY A. COLLIER**
       **SENIOR UNITED STATES DISTRICT JUDGE**